| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos**<br>**Oaktree Law**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382**<br>**julie@oaktreelaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>    **Victor V Davila**<br><br><br><br><br><br><br><br><br>                                            Debtor(s). | CASE NO.: **2:15-bk-29379-VZ**<br><br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1.  DEEDS OF TRUST [OR MORTGAGES]**<br>**2.  LEASES ON PERSONAL PROPERTY;**<br>**3.  PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*),  **Victor V Davila**  , hereby declare:

1.    I am the debtor in this chapter 13 bankruptcy case that was filed on   **12/29/2015**   .

2.    On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3.    I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4.    I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **2748 Willow Pl, South Gate CA 90280** | Name of Creditor (*printed*): **Wells Fargo** (*check one*) ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | **$2800.99** | **01/15/2016** | **01/12/2016** |
| | Name of Creditor (*printed*): _ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): _ (*check one* ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): _ (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): _ | | | |

_____
[1]Attach additional pages if necessary.
[2]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          Page 2                                          **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): <br><br> _ <br>(*check one*) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): <br><br> _ <br>(*check one*) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (*specify*): _ | | | |
| | Name of Creditor (*printed*): <br><br> _ <br>(*check one*) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (*specify*): _ | | | |

6.    ☐ Continued on Attached Page.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    **January 27, 2016**                                          **/s/ Victor V Davila**
                                                                                    **Victor V Davila**
                                                                                    *Debtor*

---
[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10900 183rd Street**
**Suite 270**
**Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):  __**Declaration Setting Forth Post Petition, Preconfirmation**__
__**Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property**__   will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On __**01/27/2016**__, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

- Nancy K Curry (TR) ecfnc@trustee13.com

- Marisol A Nagata cdcaecf@bdfgroup.com

- Edward A Treder cdcaecf@bdfgroup.com

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __**01/27/2016**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours
after the document is filed.

**United States Bankruptcy Court**
**Edward R. Roybal Federal Bldg & Crthse**
**255 E. Temple Street, Suite 1360**
**Los Angeles, CA 90012**

**Victor V Davila**
**2748 Willow Pl, South Gate CA 90280**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will</u>
<u>be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 27, 2016 | Julie J. Villalobos 263382 | /s/ Julie J. Villalobos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.